20210223124440

AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

SERVICE OF: **SUMMONS AND COMPLAINT**
EFFECTED (1) BY ME: **THOMAS MORAGHAN**
TITLE: **PROCESS SERVER**

DATE: **2/24/2021 10:08:40 AM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

JOSEPH W. KLAUDI, JR. D/B/A KETOGENEXX, LLC

Place where served:

401 MACCLELLAND AVE.   GLASSBORO  NJ  08028

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOSEPH W. KLAUDI, JR.,

Relationship to defendant   **MANAGING AGENT**

Description of Person Accepting Service:

SEX:M___ AGE:51-65_ HEIGHT: OVER 6'___ WEIGHT: OVER 200 LBS.__ SKIN:WHITE_____ HAIR:BROWN___ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

## STATEMENT OF SERVER

TRAVEL$ _ _____.____          SERVICES $_____.____          TOTAL $_____.____

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _2/28/20 21_          _____ L.S.
                              SIGNATURE OF THOMAS MORAGHAN
                              GUARANTEED SUBPOENA SERVICE, INC.
                              2009 MORRIS AVENUE
                              UNION, NJ 07083

ATTORNEY:    THOMAS P. SCRIVO, ESQ.
PLAINTIFF:   GOLO, LLC
DEFENDANT:   JOSEPH W. KLAUDI, JR., INDIVIDUALLY, ET AL
VENUE:       DISTRICT
DOCKET:      1 21 CV 03036 JHR
COMMENT:

KIMBERLY GROTE
NOTARY
★
PUBLIC OF NEW JERSEY
NEW JERSEY
KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18. 2023