

**JAMES DIGIULIO**
jdigiulio@oslaw.com

June 3, 2021

**Via ECF**
Hon. Joseph H. Rodriguez, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

   Re: **GOLO, LLC v. Joseph W. Klaudi, Jr.**
      **Civil Action No.: 21-3036 (JHR)(SAK)**

Dear Judge Rodriguez:

  This firm represents plaintiff, GOLO, LLC ("Plaintiff"). The parties have reached a settlement in this matter and have executed a settlement agreement resolving all issues. Accordingly, Plaintiff will be filing a Notice of Dismissal later today.

  Thank you for your attention to this matter.

              Respectfully submitted,

              */s/ James DiGiulio*

              James DiGiulio

cc: Joseph W. Klaudi, Jr. (via e-mail)