## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOLO, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSEPH W. KLAUDI, JR., individually and d/b/a KETOGENEXX, LLC, and DOES 1-10,<br><br>          Defendants. | Civil Action No.: 1:21-cv-3036<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)** |

Plaintiff GOLO, LLC hereby gives notice of its voluntary dismissal without prejudice of defendant Joseph W. Klaudi, Jr., individually and d/b/a KETOGENEXX, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Defendant Klaudi has not filed an answer or motion for summary judgment as of this time.

**O'TOOLE SCRIVO, LLC**

Dated: June 3, 2021

*/s/ James DiGiulio*
James DiGiulio
14 Village Park Road
Cedar Grove, New Jersey 07009
Telephone: (973) 239-5700
Facsimile: (973) 239-3400
E-mail: jdigiulio@oslaw.com
*Attorneys for Plaintiff GOLO, LLC*